eris denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 10-6894. In re Askia S. Ashanti, Petitioner.**

562 U.S. 1107, 131 S. Ct. 827, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9821.

December 13, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6863. In re Carlayne Sims, Petitioner.**

562 U.S. 1108, 131 S. Ct. 824, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9656, ■■■■

December 13, 2010. Petition for writ of prohibition denied.

**No. 09-1450. Richard Lariviere, Petitioner v. Helen Lariviere.**

562 U.S. 1124, 131 S. Ct. 851, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9813.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 834, 131 S. Ct. 138, 178 L. Ed. 2d 35, 2010 U.S. LEXIS 6336.

**No. 09-10514. Darnel D. Walker, Petitioner v. James A. Yates, Warden.**

562 U.S. 1124, 131 S. Ct. 851, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9641.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 845, 131 S. Ct. 85, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5792.

**No. 09-10758. Marcia Fields, Petitioner v. Ohio.**

562 U.S. 1124, 131 S. Ct. 851, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9710.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 851, 131 S. Ct. 106, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 5885.

**No. 09-10788. Rafael Pileta Colman, Petitioner v. Texas.**

562 U.S. 1124, 131 S. Ct. 851, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9819.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 852, 131 S. Ct. 389, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6204.

**No. 09-10859. Ahmad Moslimani, Petitioner v. Michigan.**

562 U.S. 1124, 131 S. Ct. 851, 178 L. Ed. 2d 581, 2010 U.S. LEXIS 9612.

December 13, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 854, 131 S. Ct. 115, 178 L. Ed. 2d 70, 2010 U.S. LEXIS 5962.